IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MAURICE CRUZ-WEBSTER, | § | |
| | § | No. 330, 2020 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE | § | Cr. Id. No. 1501005498(N) |
| | § | |
| Plaintiff Below, | § | |
| Appellees. | § | |

Submitted: April 14, 2021
Decided: April 22, 2021

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

# O R D E R

This 22nd day of April 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of its Opinion dated August 31, 2020.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice